# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

JPMORGAN CHASE BANK, N.A., *et al.*,

        Plaintiffs,

vs.

LAS VEGAS DEVELOPMENT GROUP, LLC, *et al.*,

        Defendants.

2:15-cv-01701-JCM-VCF

**ORDER**

Before the court is Federal Home Loan Mortgage Corporation and Federal Housing Finance Agency's Motion to Stay Discovery (#11).

IT IS HEREBY ORDERED that a hearing on Federal Home Loan Mortgage Corporation and Federal Housing Finance Agency's Motion to Stay Discovery (#11) is scheduled for 2:00 p.m., May 10, 2016, in courtroom 3D.

DATED this 12th day of April, 2016.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE